UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| ELMER LEE JEFFERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:15cv0097 TCM |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

Plaintiff brings this action under 42 U.S.C. § 405(g) for judicial review of an adverse decision by the Social Security Administration. Plaintiff, who is proceeding pro se, has not used the correct complaint form. Consequently, Plaintiff will be sent the proper form and must submit the completed form to the Court within fourteen days from the date of this Order. Failure to comply with this Order may result in the summary dismissal of this action.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail Plaintiff a Social Security Complaint form. Plaintiff must complete the form and return it to the Court **within fourteen (14) days from the date of this Order**.

**IT IS FURTHER ORDERED** that the Clerk is directed to substitute Carolyn W. Colvin as defendant.

Dated this  9th  day of June, 2015.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE